**COLLIS PRODUCTS CO. v. CADILLAC PRODUCE CO.**

(Circuit Court of Appeals, Sixth Circuit. June 16, 1924.)

No. 3985.

**Patents** ☞328—1,356,340, for process of evaporating buttermilk, held void for prior use.

The Collis patent, No. 1,356,340, for process of evaporating buttermilk, claims 1 and 2, *held* void for prior use of substantially the same process by another.

Appeal from the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge.

Suit in equity by the Collis Products Company against the Cadillac Produce Company. Decree for defendant (300 Fed. 330), and complainant appeals. Affirmed.

Samuel W. Banning, of Chicago, Ill., for appellant.

Howard M. Cox, of Chicago, Ill. (Cheever & Cox, of Chicago, Ill., on the brief), for appellee.

Before DENISON, MACK, and DONAHUE, Circuit Judges.

PER CURIAM. Concurring in the conclusions of Judge Sessions that claims 1 and 2 of the Collis patent, No. 1,356,340, relating to the method of drying buttermilk, disclose no patentable invention, as compared with the Ekenberg process as practiced in its modified form at Cortland, N. Y., the decree dismissing the bill is affirmed.